UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY HAGGY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO.:<br><br>3:16-cv-00433-AVC |

### NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and dismisses this matter with prejudice, without costs or attorney's fees, and waives all rights of appeal.

Respectfully submitted,

DATED: August 18, 2016

GARY HAGGY,

    /s/ Sean K. Collins
    SEAN K. COLLINS

SEAN K. COLLINS (ct29296)
Sean K. Collins, Attorney at Law
184 High Street, Suite 503
Boston, MA 02110
Telephone: (617) 320-8485
Fax: (617) 227-2843
sean@neinsurancelaw.com

FRANK N. DARRAS
SUSAN B. GRABARSKY
Darras Law
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Fax: (909) 974-2121
frank@darraslaw.com
sgrabarsky@darraslaw.com

## **CERTIFICATION**

   I hereby certify that on August 18, 2016, a copy of the foregoing **Notice of Dismissal** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

              /s/Sean K. Collins